1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN DUFF** | Case No.  CIV-11-2357 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment is hereby extended from March 19, 2012, to April 19, 2012. Plaintiff's counsel has four other briefs due and is extending the due date for Mr. Duff's since it is the more recent of the two cases due  March 19, 2012.  This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1

1 | Dated: March 19, 2012 | /s/Bess M. Brewer
  |                       | BESS M. BREWER
2 |                       | Attorney at Law
3 |                       | Attorney for Plaintiff
4 |
5 |
  | Dated: March 19, 2012 | Benjamin B. Wagner
6 |                       |
  |                       | United States Attorney
7 |
  |                       | Donna L. Calvert
8 |                       | Acting Regional Chief Counsel, Region IX
  |                       | Social Security Administration
9 |
  |                       | /s/ David W. Lerch
10|                       | David W. Lerch
  |                       |
11|                       | Special Assistant United States Attorney
  |                       | Attorneys for Defendant
12|
13|                       | **ORDER**
14| APPROVED AND SO ORDERED.
15| DATED: March 21, 2012.
16|
17|                       | EDMUND F. BRENNAN
  |                       | UNITED STATES MAGISTRATE JUDGE

2