1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 **STEPHEN DUFF**              )    Case No.  CIV-11-2357 EFB
                                 )
12                               )
                                 )
13                               )    **STIPULATION AND**
                                 )    **ORDER EXTENDING PLAINTIFF'S**
14       **Plaintiff,**          )    **TIME TO FILE SUMMARY**
                                 )    **JUDGEMENT MOTION**
15 **v.**                        )
                                 )
16 **MICHAEL J. ASTRUE**         )
   **Commissioner of Social Security** )
17 **of the United States of America,** )
                                 )
18       **Defendant.**          )
                                 )
19 _____)

20
        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21
   Plaintiff's time to file his summary judgment is hereby extended from March 19, 2012, to April 19,
22
   2012. Plaintiff's counsel has four other briefs due and is extending the due date for Mr. Duff's since
23
   it is the more recent of the two cases due March 19, 2012.  This is Plaintiff's first requested extension
24
   on this case.
25
   / / / /
26
   / / / /
27
   / / / /
28

                                                  1

Dated: March 19, 2012

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: March 19, 2012

Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *David W. Lerch*
David W. Lerch

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  March 21, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2